UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MOUNCE, | CASE NO. 2:22-cv-1720 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

This matter comes before the Court on the parties' proposed order for entry of a stipulated protective order. Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. No redlined version has been provided. The Court directs the parties to submit the redlined version by e-mail to: WhiteheadOrders@wawd.uscourts.gov.

MINUTE ORDER - 1

Dated this 11th day of May 2023.

Ravi Subramanian
Clerk

/s/ Laura Hobbs
Deputy Clerk

MINUTE ORDER - 2