UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MOUNCE,<br><br>        Plaintiff,<br><br>   v.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>        Defendant. | CASE NO. 2:22-cv-1720<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO AMEND PLEADINGS |

This matter comes before the Court on Plaintiff Charles Mounce's motion to extend the deadline for the parties to amend the pleadings. Dkt. No. 16. More specifically, Plaintiff requests that the Court change the deadline to amend from April 28, 2023, to July 28, 2023. Plaintiff argues this extension is necessary to allow the parties to exchange discovery before the deadline closes. Defendant USAA General Indemnity Company does not oppose the requested extension. Dkt. No. 18. Given Plaintiff's claims and the lack of pushback from Defendant, the Court GRANTS Plaintiff's request *nunc pro tunc* and extends the deadline to amend pleadings to July 28, 2023.

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO AMEND PLEADINGS - 1

Dated this 20th day of June, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO AMEND PLEADINGS - 2