1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES MOUNCE,

                Plaintiff,

      v.

USAA GENERAL INDEMNITY
COMPANY,

                Defendant.

CASE NO. 2:22-cv-1720

ORDER GRANTING THE PARTIES'
STIPULATED MOTIONS TO EXTEND
THE TRIAL AND RELATED DATES

This matter comes before the Court on the parties' stipulated motions to extend the trial date and related deadlines. Dkt. Nos. 42, 43. The parties assert good cause exists to continue the trial date because the current trial date overlaps with Seattle Public Schools' 2024 Spring Break and the attorneys have planned vacations for that week as well as an overlapping state superior court matter. Dkt. No. 42 at 1–2.

Under Fed. R. Civ. P. 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists if the pretrial schedule "cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) advisory committee's note to 1983 amendment. In light of parties' competing commitments and the fact that this is their first request to postpone the trial date, the Court finds good cause to modify the

ORDER GRANTING THE PARTIES' STIPULATED MOTIONS TO EXTEND THE TRIAL AND RELATED DATES - 1

case schedule and GRANTS the parties' stipulated motions to extend the trial and related dates as set forth below:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | August 5, 2024 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | January 8, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (see LCR 7(d)) | February 7, 2024 |
| Discovery completed by | March 8, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | April 7, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | June 6, 2024 |
| All motions in limine must be filed by (see LCR 7(d)) | June 26, 2024 |
| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | July 15, 2024 |
| Agreed pretrial order due | July 15, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | July 22, 2024 |
| Pretrial conference | July 29, 2024 |

Dated this 13th day of September, 2023.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING THE PARTIES' STIPULATED MOTIONS TO EXTEND THE TRIAL AND RELATED DATES - 2