UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MOUNCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO. 2:22-cv-1720<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION TO CONTINUE THE TRIAL AND RELATED DATES |

This matter comes before the Court on the parties' stipulated motion to extend the trial date and related deadlines. Dkt. No. 51. The parties assert good cause exists to continue the trial date because they "believe that most of the issues can be resolved on summary judgment" and "would like to avoid taking discovery . . . on issues that will likely be mooted by the rulings on the pending partial summary judgment motions." *Id.* at 2. The parties also agree this will be the final continuance necessary because they intend to proceed with discovery at this time. *Id.*

Under Fed. R. Civ. P. 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists if the pretrial schedule

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO CONTINUE THE TRIAL AND RELATED DATES - 1

"cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) advisory committee's note to 1983 amendment. In light of the parties' pending motions and the fact that they will not seek another extension, the Court finds good cause to modify the case schedule and GRANTS the parties' stipulated motion to extend the trial and related dates as set forth below:

| EVENT | DATE |
| --- | --- |
| JURY TRIAL begins | December 2, 2024 |
| Length of trial | 6-7 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 6, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | June 5, 2024 |
| Discovery completed by | July 5, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | August 5, 2024 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | October 3, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | October 23, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | November 11, 2024 |
| Agreed pretrial order due | November 11, 2024 |

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO CONTINUE THE TRIAL AND RELATED DATES - 2

| EVENT | DATE |
|---|---|
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | November 18, 2024 |
| Pretrial conference | November 25, 2024 |

Dated this 13th day of December, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO CONTINUE THE TRIAL AND RELATED DATES - 3