**Honorable Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MOUNCE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAA GENERAL INDEMNITY COMPANY,<br>a foreign corporation,<br><br>　　　　Defendant. | No. 2:22-cv-01720-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY-RELATED DEADLINES** |

The Court having reviewed the parties' stipulated motion to continue discovery-related deadlines find there is good cause for the continuance.

The Expert Disclosure Deadline is continued to June 5, 2024;

The Rebuttal Expert Disclosure Deadline is continued to July 5, 2024; and

 The Discovery Cutoff Deadline is continued to July 5, 2024.

IT IS SO ORDERED.

DATED this 12th day of April, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY-RELATED DEADLINES – 1
Cause No.:  2:22-cv-01720-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

Presented by:

EMBER LAW, PLLC

<u>s/Leah S. Snyder</u>
Leah S. Snyder, WSBA #44384
1200 Fifth Avenue, Suite 1217
Seattle, WA 98101
Tel: 206-899-6816
Email: leah@emberlaw.com
*Attorneys for Plaintiff*

RAEANNE MILLER LAW FIRM

<u>s/Raeanne Hutchinson</u>
Raeanne Hutchinson, WSBA #55786
9500 Roosevelt Way NE, Suite 310
Seattle, WA 98115
Tel: 206-755-4527
Email: cantileverlaw@outlook.com
*Attorneys for Plaintiff*

FORSBERG & UMLAUF, P.S.

<u>s/Kara A. Tredway</u>
Kimberly A. Reppart, WSBA #30643
Kara A. Tredway, WSBA #44984
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
Email: kreppart@foum.law
       ktredway@foum.law
*Attorneys for Defendant*

ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY-RELATED DEADLINES – 2
Cause No.: 2:22-cv-01720-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX