**Honorable Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MOUNCE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation,<br><br>    Defendant. | No. 2:22-cv-01720-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |

The Court having reviewed the parties' stipulated motion to continue discovery-related deadlines find there is good cause for the continuance.

The Expert Disclosure Deadline is continued to July 5, 2024;

The Rebuttal Expert Disclosure Deadline is continued to August 5, 2024; and

The Discovery Cutoff Deadline is continued to August 15, 2024.

IT IS SO ORDERED.

DATED this 13th day of May, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

---

ORDER GRANTING STIPULATED MOTION TO CONTINUE EXPERT
DISCLOSURE AND DISCOVERY DEADLINES – 1
Cause No.: 2:22-cv-01720-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Presented by:

EMBER LAW, PLLC

<u>s/Leah S. Snyder</u>
Leah S. Snyder, WSBA #44384
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
Tel: 206-899-6816
Email: leah@emberlaw.com
*Attorneys for Plaintiff*


CANTILEVER LAW


<u>s/Raeanne Hutchinson</u>
Raeanne Hutchinson, WSBA #55786
9500 Roosevelt Way NE, Suite 310
Seattle, WA  98115
Tel: 206-755-4527
Email: cantileverlaw@outlook.com
*Attorneys for Plaintiff*


FORSBERG & UMLAUF, P.S.


<u>s/Kara A. Tredway</u>
Kimberly A. Reppart, WSBA #30643
Kara A. Tredway, WSBA #44984
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Tel: 206-689-8500
Email: kreppart@foum.law
          ktredway@foum.law
*Attorneys for Defendant*

ORDER GRANTING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINES – 2
Cause No.:  2:22-cv-01720-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX