UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MOUNCE, | CASE NO. 2:22-cv-1720 |
| Plaintiff, | ORDER SETTING TRIAL DATE AND RELATED DATES |
| v. | |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

**SCHEDULING DEADLINES**

The Court has an irreconcilable conflict on the trial date; therefore, it resets the trial to begin on February 3, 2025, and STRIKES all remaining deadlines in its prior scheduling order, Dkt. No. 52. Considering its recent order granting Plaintiff Charles Mounce leave to file a partial summary judgment motion, the Court also sets the following related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | February 3, 2025 |
| Length of trial | 6-7 days |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
| --- | --- |
| All dispositive motions | October 7, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | December 5, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | December 26, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | January 13, 2025 |
| Agreed pretrial order due | January 13, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | January 21, 2025 |
| Pretrial conference | January 27, 2025 |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be

ORDER SETTING TRIAL & RELATED DATES - 2

prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

### PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

### SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 17th day of September, 2024.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 3