# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES MOUNCE, an individual, | No. 2:22-cv-01720-JNW |
| Plaintiff, | |
| vs. | PARTIES JOINT MOTION FOR RELIEF FROM CASE DEADLINES |
| USAA GENERAL INDEMNITY COMPANY, a foreign corporation, | NOTE ON MOTION CALENDAR: 4/25/25 |
| Defendant. | |

    Plaintiff and Defendant jointly move for relief from the court for a one week extension of certain case deadlines. The parties began working on scheduling a mutually agreeable mediation date on March 26, 2025. From that date to today, Plaintiff and Defendant continue to work towards scheduling a mutually agreeable time for mediation. The parties have been unable to secure a date and request a 1 week extension of the time to mediate this matter and a 1 week extension under LCR 16(h) for Plaintiff to deliver his pretrial statement to the defendant. These extensions serve Judicial efficiencies as the parties remain hopeful that a resolution is possible.

THE PARTIES JOINT MOTION FOR RELIEF FROM
THE CASE DEADLINES
Pg. – 1

EMBER LAW*PLLC*
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182

1  IT IS SO STIPULATED.

2

3  DATED this April 25, 2025
   FORSBERG & UMLAUF, P.S.
4  _____
   Kimberly A. Reppart, WSBA No. 30643
5  Kara A. Tredway, WSBA No. 44984
   Attorneys for Defendant
6

7  EMBER LAW PLLC

8  S/ Leah S. Snyder
   _____
9  Leah S. Snyder, WSBA No. 44384
   Attorneys for Plaintiff
10

11 CANTILEVER LAW

12 S/ Raeanne Hutchison

13 _____
   Leah S. Snyder, WSBA No. 44384
14 Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

THE PARTIES JOINT MOTION FOR RELIEF FROM
THE CASE DEADLINES
Pg. – 2

EMBER LAW *PLLC*
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182

1  IT IS SO ORDERED:

2  The deadline for Mediation and deadline for Plaintiff's Proposed Pretrial Order are

3  each extended for one week.

4
   DATED: April 28, 2025.
5

6

7  _____
   Jamal N. Whitehead
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THE PARTIES JOINT MOTION FOR RELIEF FROM
THE CASE DEADLINES
Pg. – 3

EMBER LAW *PLLC*
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182