Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES MOUNCE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:22-cv-01720-JNW<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>(CLERK'S ACTION REQUIRED) |

## I.     STIPULATION

The undersigned parties stipulate that all claims and causes of action by all parties be dismissed with prejudice and that the Order below dismissing all claims and causes of action with prejudice and without an award of fees or costs may be admitted.

DATED this August 19, 2025

FORSBERG & UMLAUF, P.S.

*/s/ Kimberly A. Reppart* [with authorization]

Kimberly A. Reppart, WSBA No. 30643

Attorneys for Defendant

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
No. 2:22-cv-01720-JNW Pg. – 1

EMBER LAW PLLC
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809

DATED this August 19, 2025

EMBER LAW PLLC

*/s/ Chance Yager*

Chance Yager, WSBA No. 54486

Leah Snyder, WSBA No. 44384

Attorney for Plaintiff


DATED this August 19, 2025

CANTILEVER LAW

*/s/ Raeanne Hutchison* [with authorization]

Raeanne Hutchison WSBA No. 55786

Attorney for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
No. 2:22-cv-01720-JNW Pg. – 2

EMBER LAW *PLLC*
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809

## II. ORDER

THIS MATTER, having come before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that all claims and causes of action against all parties are dismissed and without an award of attorney fees or costs to either party.

DATED: August 22, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by

FORSBERG & UMLAUF, P.S.
*/s/Kimberly A. Reppart* [with authorization]
Kimberly A. Reppart, WSBA No. 30643
Attorneys for Defendant

EMBER LAW PLLC
*/s/Chance Yager*
Chance Yager, WSBA No. 55486
Attorneys for Plaintiff

CANTILEVER LAW
*/s/Raeanne Hutchison* [with authorization]
Raeanne Hutchison WSBA No. 55786
Attorneys for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
No. 2:22-cv-01720-JNW Pg. – 3

EMBER LAW PLLC
1700 Seventh Avenue Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 299-0809